# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00515-CR
_____

### IN RE RONALD W. KENNEDY

### Original Proceeding

### MEMORANDUM OPINION

Relator Ronald W. Kennedy filed a petition for writ of mandamus, in which he contends that the trial court's order denying his petition for writ of mandamus was "improper and void[.]"

We may grant mandamus relief only if the relator demonstrates that the act sought to be compelled is purely ministerial and the relator has no other adequate legal remedy. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001). Kennedy has not shown that he is entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

1

PETITION DENIED.

PER CURIAM

Submitted on December 9, 2014
Opinion Delivered December 10, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.